IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 09-cv-00297-C |
| BERNARD J. TRITZ, | ) |
| Respondent. | ) |

**ORDER**

The petitioner, having moved that the Court hold the respondent in contempt of Court for failing to comply with an order of the Court enforcing an Internal Revenue Service summons; the respondent having had notice of this motion; and a hearing upon this motion having been held; and respondent having deliberately refused to comply with the order of this Court,

IT IS HEREBY ORDERED that the respondent, Bernard J. Tritz, is in contempt of court and that respondent be confined pursuant to Section 401, Title 18, United States Code, until respondent complies with the Court's order to enforce an Internal Revenue Service summons entered on July 17, 2009.

Dated this 25th day of November 2009.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge